1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

RON MORTON,                                          1:10-cv-01502-OWW-JLT-(HC)

11                    Petitioner,                     ORDER GRANTING MOTION TO PROCEED
                                                      IN FORMA PAUPERIS ON APPEAL
12      vs.                                           (Doc. 16)

13      J. HARTLEY,                                    ORDER DIRECTING CLERK TO SERVE
                                                      THE COURT OF APPEALS
14                    Respondent.

15      _____/

16          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17      pursuant to 28 U.S.C. § 2254.

18          On March 28, 2011, judgment was entered dismissing the petition for writ of habeas

19      corpus.  (Docs. 13 & 14).  On April 25, 2011, Petitioner filed a notice of appeal and an

20      application to proceed in forma pauperis.  (Docs. 15 & 16).  Examination of Petitioner's

21      application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an

22      appeal.  Accordingly, the application to proceed in forma pauperis on appeal (Doc. 16),  is

23      GRANTED.  See 28 U.S.C. § 1915.  **The Clerk is directed to serve a copy of this order on the**

24      **Court of Appeals for the Ninth Circuit.**

25

26      IT IS SO ORDERED.

27      Dated:   **April 28, 2011**                   _____
                                                           **/s/ Jennifer L. Thurston**
28                                                     UNITED STATES MAGISTRATE JUDGE